IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CLARENCE HENRY DANIELS,<br>    Petitioner,<br>  v.<br>NORTH CAROLINA DEPARTMENT OF<br>PRISON AND ROBERT G. JONES,<br>    Respondents. | **Judgment in a Civil Case**<br><br>Case Number: 5:11-HC-2007-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on January 27, 2012, with service on:
Clarence Henry Daniels 0097847, Odom Correctional Institution, 485 Odom Road, Jackson, NC 27845 (via U.S. Mail)
Mary Carla Hollis (via CM/ECF Notice of Electronic Filing)

January 27, 2012              /s/ Dennis P. Iavarone
                        Clerk

Raleigh, North Carolina